FILED IN OPEN COURT
7-18-13

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

SHELTON THOMAS BELL

CASE NO.   3:13-cr-141-J-32MCR
Cts. 1-2:   18 U.S.C. § 2339A

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

(18 U.S.C. § 2339A - Conspiracy to Provide Material Support to Terrorists)

#### A. Introduction

At all times material to this indictment:

1.  SHELTON THOMAS BELL, a citizen of the United States of America, resided in Jacksonville, Duval County, in the Middle District of Florida, excluding on or about September 25, 2012, through on or about November 21, 2012.

2.  Since January 19, 2010, Al-Qa'ida in the Arabian Peninsula ("AQAP") has been designated by the United States Department of State as a Foreign Terrorist Organization ("FTO") and under Executive Order 13224. On October 4, 2012, the United States Department of State amended these designations of AQAP to include a new alias, Ansar al-Sharia ("AAS").

3.  AAS is based in the country of Yemen and was established to attract potential followers to shari'a rule in areas under the control of AQAP.

AAS was AQAP's effort to re-brand itself, with the aim of manipulating people to join AQAP's terrorist cause. AAS has taken responsibility for multiple attacks on Yemeni forces, including a suicide bombing during a parade in May 2012 that killed more than 100 Yemeni soldiers and a series of armed assaults in March 2012 in southern Yemen that killed more than 100 people, many of whom were Yemeni soldiers.

4. At a presently unknown date, but not later than May 16, 2012, SHELTON THOMAS BELL devised a plan to travel to the Arabian Peninsula, join AAS, and participate in violent armed conflict he termed, "jihad."

5. Between in or about May 2012 and continuing through in or about September 2012, SHELTON THOMAS BELL solicited other individuals to join him in traveling overseas to participate in violent jihad.

### B. Charge

Beginning in or about May 2012 and continuing until on or about the date of this indictment, at Jacksonville, Duval County, in the Middle District of Florida, and elsewhere,

SHELTON THOMAS BELL

the Defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others who are known and unknown to the Grand Jury, to provide material support and resources, as that term is defined in 18 U.S.C. § 2339A(b), including property, services, currency and monetary

2

instruments, training, communications equipment, and personnel (including himself); and to conceal and disguise the nature, location, source, and ownership of said material support and resources; knowing and intending that the material support and resources were to be used in preparation for and in carrying out violations of 18 U.S.C. § 956 (conspiracy to kill, kidnap, maim or injure persons or damage property in a foreign country).

### C. Overt Acts

1. At various dates known and unknown to the Grand Jury between May 2012 and September 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL attempted to solicit other persons to join in the conspiracy.

2. On or about May 16, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL communicated electronically with a juvenile known to the Grand Jury about traveling to the "mid-east."

3. Between May 2012 and September 2012, at dates and times that are both known and unknown to the grand jury, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL and others participated in various forms of physical fitness training and firearms training to prepare for armed conflict in the Middle East.

4. Between May 2012 and September 2012, at dates and times that are both known and unknown to the grand jury, at Jacksonville, in the Middle

District of Florida, SHELTON THOMAS BELL made video and audio recordings that SHELTON THOMAS BELL intended to distribute to others once he arrived in the Middle East. The purpose of these recordings was to solicit and recruit others to join him in the Middle East to participate in violent jihad.

5. On or about July 4, 2012, SHELTON THOMAS BELL and another individual known to the Grand Jury, at Jacksonville, in the Middle District of Florida, in an effort to "promote the jihad," participated in a night-time "mission," during which both individuals dressed in dark clothing, wore masks and gloves, wrapped their footwear in tape, and, caused significant damage to religious statues at the Chapel Hills Memorial Gardens Cemetery. SHELTON THOMAS BELL made, or caused to be made, a recording of this "mission" for use in recruiting others to travel to the Middle East to join in armed conflict.

6. On or about July 4, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL, another individual known to the Grand Jury, and a juvenile known to the Grand Jury, participated in firearms training to prepare for armed conflict in the Middle East that SHELTON THOMAS BELL referred to as "the actions of jihad." SHELTON THOMAS BELL made, and caused to be made, a recording of this training for use in recruiting others to travel to the Middle East to join in armed conflict.

7. On or about July 10, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL, another individual known to the Grand

Jury, and a juvenile known to the Grand Jury, participated in firearms training to prepare for armed conflict in the Middle East. SHELTON THOMAS BELL referred to this training as "practic[ing] jihad" and identified his real target as "[n]ot the American people, just the flag and the Government." SHELTON THOMAS BELL made, or caused to be made, a recording of this training for use in recruiting others to travel to the Middle East to join in armed conflict.

8. At a date unknown to the Grand Jury but no later than July 25, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL made, or caused to be made, a promotional video depicting others, himself, another individual known to the Grand Jury, and a juvenile known to the Grand Jury engaged in training to participate in armed conflict. SHELTON THOMAS BELL made, or caused this recording to be made, for use in recruiting others to travel to the Middle East to join in armed conflict.

9. On or about July 26, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL conducted firearms training to prepare for armed conflict in the Middle East. SHELTON THOMAS BELL referred to this activity as "partaking in the training of jihad," "actively seeking participation in jihad," and "looking for an active objective." SHELTON THOMAS BELL made, or caused to be made, a recording of this training for use in recruiting others to travel to the Middle East to join in armed conflict.

10. In order to facilitate his travel to the Middle East, between on or

about August 30, 2012, and on or about September 11, 2012, at Jacksonville, in the Middle District of Florida and elsewhere, SHELTON THOMAS BELL applied for a United States passport through a company doing business as expresspassport.com.

11. In order to facilitate his travel to the Middle East, on or about September 13, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL appeared at the United States Post Office, Pottsburg Station, where SHELTON THOMAS BELL completed and certified the accuracy of his United States passport application and paid a fee in connection with a requested expedited issuance of a United States passport.

12. In order to facilitate his travel to the Middle East, on or about September 13, 2012, at Jacksonville, in the Middle District of Florida, and elsewhere, SHELTON THOMAS BELL transmitted his United States passport application by express delivery to a company doing business as expresspassport.com for final processing.

13. On or about September 20, 2012, to facilitate his travel to the Middle East, SHELTON THOMAS BELL caused the United States Department of State to issue a United States passport to him.

14. In or about September 2012, at Jacksonville, Florida, SHELTON THOMAS BELL purchased a pair of black, tactical gloves for use during armed conflict from an individual known to the Grand Jury.

15.   On or about September 14, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL leased an HP laptop computer from Aaron's, Inc. to communicate with individuals in the United States once he and a juvenile known to the Grand Jury arrived in the Middle East, to download lectures and instruction from known leaders of AQAP, such as Anwar al-Awlaki and Osama bin Laden, and to use for researching maps, locations and crossing points where SHELTON THOMAS BELL and a juvenile known to the Grand Jury could make entry into the country of Yemen to join with AAS.

16.   On or about September 18, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL, accompanied by a juvenile known to the Grand Jury, purchased various items from Wal-Mart, including gauze pads, batteries, athletic tape, razors, and a computer storage device for use in carrying out the unlawful plan.

17.   On or about September 21, 2012, at Jacksonville, in the Middle District of Florida, and elsewhere, SHELTON THOMAS BELL purchased airfare from Expedia.com for himself and a juvenile known to the grand jury.  The airfare was for one way travel from Jacksonville, Florida to Tel Aviv, Israel between September 25 to 27, 2012, using JetBlue Airlines and LOT-Polish Airlines.  The purchased travel included  stops at JFK Airport in New York, and an international airport in Warsaw, Poland.

18.   On or about September 23, 2012, at Jacksonville, in the Middle

District of Florida, SHELTON THOMAS BELL defrauded an individual known to the Grand Jury into providing SHELTON THOMAS BELL with the sum of $4,500 based upon SHELTON THOMAS BELL's false promise and representation that SHELTON THOMAS BELL was going to use the $4,500 in United States currency to purchase used computers to sell in a used computer business SHELTON THOMAS BELL ran. In truth and fact, SHELTON THOMAS BELL used the $4,500 in United States currency to fund overseas travel expenses.

19. On or about September 25, 2012, at Jacksonville, in the Middle District of Florida, SHELTON THOMAS BELL and a juvenile known to the Grand Jury arrived at the Jacksonville International Airport, where they boarded JetBlue flight 612. SHELTON THOMAS BELL and a juvenile known to the Grand Jury then flew from Jacksonville, Florida to JFK Airport in New York, New York.

20. On or about September 25, 2012, at New York, New York, SHELTON THOMAS BELL and a juvenile known to the Grand Jury boarded LOT-Polish Airlines flight 7 and flew from the United States to the city of Warsaw in the country of Poland.

21. On or about September 26, 2012, at Warsaw, Poland, SHELTON THOMAS BELL and a juvenile known to the Grand Jury boarded LOT-Polish Airlines flight 151 and flew from Warsaw, Poland to Tel Aviv, Israel.

22. On or about September 27, 2012, SHELTON THOMAS BELL and a juvenile known to the Grand Jury attempted to enter the country of Israel,

but were denied entry and returned to the country of Poland.

23. On or about September 28, 2012, SHELTON THOMAS BELL and a juvenile known to the Grand Jury traveled by air from Warsaw, Poland, to the country of Turkey, and then to Amman, Jordan.

24. On or about October 1, 2012, in the country of Jordan, SHELTON THOMAS BELL communicated with an individual known to the Grand Jury about the "original plan" of SHELTON THOMAS BELL and a juvenile known to the grand jury, the "decisions [SHELTON THOMAS BELL and the juvenile known to the Grand Jury] made," and the plan to conduct a border crossing into the country of Yemen.

25. Between on or about September 28, 2012, and on or about October 21, 2012, in Amman, Jordan, a juvenile known to the Grand Jury purchased a black Nokia cellular telephone to facilitate communication between SHELTON THOMAS BELL, the juvenile known to the Grand Jury, and others who could assist SHELTON THOMAS BELL and the juvenile known to the Grand Jury in contacting AAS and facilitating their travel to Yemen.

26. Between on or about September 28, 2012, and on or about October 25, 2012, in Amman, Jordan, SHELTON THOMAS BELL and a juvenile known to the Grand Jury approached an individual known to the Grand Jury only as Sheik Yussef about going to Yemen and making contact with AAS.

27. Between on or about September 28, 2012, and on or about

October 25, 2012, in Amman, Jordan, SHELTON THOMAS BELL obtained a visa to the country of Oman to facilitate crossing the border of Oman into the country of Yemen.

28. Between on or about September 28, 2012, and on or about October 25, 2012, at Amman, Jordan, SHELTON THOMAS BELL and a juvenile known to the Grand Jury purchased airfare to the country of Oman to facilitate their ultimate entry into the country of Yemen.

29. Between on or about September 28, 2012, and on or about October 25, 2012, in Amman, Jordan, SHELTON THOMAS BELL and a juvenile known to the Grand Jury used a black Nokia cellular telephone to contact individuals known to the Grand Jury only as Nidal and Sheik Yussef.

30. On presently unknown dates, but not later than November 21, 2012, SHELTON THOMAS BELL used a computer, caused the use of a computer, and aided and abetted in the use of a computer to research the country of Yemen, the location of areas under the control of AAS, and locations along the border of Yemen and Oman where SHELTON THOMAS BELL and a juvenile known to the Grand Jury could cross into the country of Yemen, travel to areas of Yemen under the control of AAS, and participate as fighters for AAS.

31. On presently unknown dates, SHELTON THOMAS BELL used a computer, caused the use of a computer, and aided and abetted in using a computer to download training materials, books, lectures, and instruction about

violent "jihad" involving armed conflict. The downloaded material included speeches and lectures from recognized leaders of AQAP like Osama bin Laden and Anwar al-Awlaki. SHELTON THOMAS BELL and a juvenile known to the Grand Jury used these materials to inspire one another to travel to Yemen and elsewhere to find a location where they could participate in violent jihad in the service of AAS.

32. SHELTON THOMAS BELL and a juvenile known to the Grand Jury performed acts and made statements in order to hide and conceal the true nature of the conspiracy and their participation in it.

All in violation of 18 U.S.C. § 2339A(a).

## COUNT TWO

### (18 U.S.C. § 2339A - Attempt to Provide Material Support to Terrorists)

Beginning in or about May 2012 and continuing until on or about November 21, 2012, at Jacksonville, Duval County, in the Middle District of Florida, and elsewhere,

SHELTON THOMAS BELL

the Defendant herein, did knowingly attempt to provide material support and resources, as that term is defined in 18 U.S.C. § 2339A(b), including property, services, currency and monetary instruments, training, communications equipment, and personnel (including himself); and did attempt to conceal and disguise the nature, location, source, and ownership of said material support and

resources; knowing and intending that the material support and resources were to be used in preparation for and in carrying out violations of 18 U.S.C. § 956 (conspiracy to kill, kidnap, maim or injure persons or damage property in a foreign country).

All in violation of 18 U.S.C. § 2339A(a) and 2.

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

By: _____
MARA M. KOHN
Trial Attorney Counter Terrorism Section
National Security Division, Department of Justice

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

12

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SHELTON THOMAS BELL

## INDICTMENT

Violations:

Counts 1 - 2:    18 U.S.C. § 2339A(a)

A true bill,

_____
Foreperson

Filed in open court this 18th day

of July, 2013.

_____
Clerk

Bail  $_____

GPO 863 525