UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,          Case No.   3:13-cr-141-J-32JRK

    Plaintiff,   ☐
    Government ☒                              ☐ Evidentiary
                                      ☐ Trial
v.                                                               ☒ Other

SHELTON THOMAS BELL

    Defendant   ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A-1 | | | | Video Clip from:<br>1_2cbe120a16975d910dce753240285a8d08d33862[348763] edit.mpg<br>(Talking at Mosque) |
| A-2 | | | | Video Clip from:<br>2_Anwar al-Awlaki's Message to the US.MPG<br>(Anwar al-Awlaki internet speech to US) |
| A-3 | | | | Video Clip from:<br>3_bell_interview_gun_best_edit_2.MPG<br>(State firearm case interview) |
| A-4 | | | | Video Clip from:<br>4_capture edit convert.MPG<br>(Bell discussion with Mosque member asking him to stop) |
| A-5 | | | | Video Clip from:<br>5_Produce.MPG<br>(Bell's compiled recruitment video) |
| A-6 | | | | Video Clip from:<br>6_VID_00032-20120825-1732 convert.MPG<br>(Video of credit card information) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| A-7 | | | | Video Clip from:<br>7_VID_20121006_180813 edit.MPG<br>(Video of Bell in Middle East) |
| A-8 | | | | Video Clip from:<br>8_VID_20121006_181318 edit.MPG<br>(Video of Bell in Middle East) |
| A-9 | | | | Video Clip from:<br>9_VID_20121025_140147 edit.MPG<br>(Bell and juvenile conversation in Jordan) |
| A-10 | | | | Video Clip from:<br>10_VID_20121025_141646 edit.MPG<br>(Bell and juvenile conversation in Jordan) |
| A-11 | | | | Video Clip from:<br>11_VID_20121025_144649 edit.MPG<br>(Bell and juvenile conversation in Jordan) |
| A-12 | | | | Video Clip from:<br>12_video-2012-06-20-17-23-19_25-13 edit.mp4.MPG<br>(Video of Bell's room – "Jihad better than finishing room") |
| A-13 | | | | Video Clip from:<br>13_video-2012-06-25-17-40-06 edit.MPG<br>(Bell lecturing other recruit) |
| A-14 | | | | Video Clip from:<br>14_video-2012-06-25-22-45-38 edit.MPG<br>(Bell talking on phone) |
| A-15 | | | | Video Clip from:<br>15_video-2012-07-03-00-21-37.MPG<br>(Bomb making 101) |
| A-16 | | | | Video Clip from:<br>16_video-2012-07-04-01-18-32 edit.MPG<br>(Preparing for cemetery mission) |
| A-17 | | | | Video Clip from:<br>17_video-2012-07-04-01-55-50 edit.MPG<br>(Driving to cemetery) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| A-18 | | | | Video Clip from:<br>18_video-2012-07-04-03-05-13 edit.MPG<br>(Destroying statues in cemetery) |
| A-19 | | | | Video Clip from:<br>19_video-2012-07-04-03-50-48 edit.MPG<br>(After destroying statues) |
| A-20 | | | | Video Clip from:<br>20_video-2012-07-04-11-16-45 edit.MPG<br>(Next day in car looking at statues) |
| A-21 | | | | Video Clip from:<br>20_video-2012-07-04-11-16-45 edit.MPG<br>(Firearms training in woods) |
| A-22 | | | | Video Clip from:<br>22_video-2012-07-05-00-50-34.MPG<br>(Bomb making – "This time…a lot bigger explosion") |
| A-23 | | | | Video Clip from:<br>23_video-2012-07-05-16-53-20 edit.MPG<br>(Bomb making) |
| A-24 | | | | Video Clip from:<br>24_video-2012-07-05-19-23-05 edit.MPG<br>(Bomb #2) |
| A-25 | | | | Video Clip from:<br>25_video-2012-07-10-09-37-06 edit.MPG<br>(Walking through woods, talking, setting up targets, shooting) |
| A-26 | | | | Video Clip from:<br>25_video-2012-07-10-09-37-06 edit.MPG<br>(Shooting/Drone training) |
| A-27 | | | | Video Clip from:<br>27_video-2012-07-10-10-44-47 edit nt.MPG<br>(Juvenile shooting w/ instruction from Bell) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| A-28 | | | | Video Clip from:<br>28_video-2012-07-10-10-55-46 edit.MPG<br>(US flag burning) |
| A-29 | | | | Video Clip from:<br>29_video-2012-07-17-11-15-08 edit 2.mp4.MPG<br>(Co2 Bomb) |
| A-30 | | | | Video Clip from:<br>30_video-2012-07-20-02-13-17 edit.mp4.MPG<br>(Making duct tape bomb) |
| A-31 | | | | Video Clip from:<br>31_video-2012-07-20-02-56-13.MPG<br>(Knife/Bomb throwing practice) |
| A-32 | | | | Video Clip from:<br>32_video-2012-07-25-00-20-44 edit.MPG<br>(Driving from Mosque) |
| A-33 | | | | Video Clip from:<br>33_video-2012-07-26-12-16-17 nt.MPG<br>(Speech by Bell) |
| A-34 | | | | Video Clip from:<br>34_video-2012-07-26-13-33-13 edit.MPG<br>(Training alone – Shooting/Bomb Throwing) |
| A-35 | | | | Video Clip from:<br>35_bombs.wmv<br>(Bomb compilation video) |
| B-1 | | | | Telephone call from (904) 303-5616 on 11/23/2012 |
| B-2 | | | | Telephone call from (904) 303-5616 on 11/24/2012 |
| B-3 | | | | Telephone call from (904) 303-5616 on 11/26/2012 |
| B-4 | | | | Telephone call from (904) 303-5616 on 11/28/2012 |
| B-5 | | | | Telephone call from (904) 303-5616 on 12/04/2012 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| B-6 | | | | Telephone call from (904) 303-5616 on 12/12/2012 |
| B-7 | | | | Audio of jail visit by Bell's father.<br>Bell tells his father he bought the gun off the street.<br>(File: 1396095979_128) |
| B-8 | | | | Audio of jail visit by Bell's mother.<br>Bell and his mother discuss Bell having alcohol/drugs in the house and lying to the police.<br>(File: 1397400734_132) |
| C-1 | | | | Shelton Thomas Bell application for United States Passport and supporting documents. |
| C-2 | | | | Wells Fargo Bank Documents regarding Application for Business Account by Shelton Thomas Bell. |
| C-3 | | | | Aaron's Furniture Application documents for computer equipment. |
| C-4 | | | | Photo of recovered pistol |
| C-5 | | | | Photo of Hardage-Giddens entry |
| C-6 | | | | Photo of first Jesus statue |
| C-7 | | | | Photo of closer view of first Jesus statue |
| C-8 | | | | Photo of distance view of damage of first Jesus statue |
| C-9 | | | | Photo of close-up of damage to first Jesus statue |
| C-10 | | | | Photo of distance view of second Jesus statue |
| C-11 | | | | Photo of close view of second Jesus statue |
| C-12 | | | | Photo of close-up of second Jesus statue |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| C-13 | | | | Digital File: Cemetery map depicting Arlington Park Cemetery |
| C-14 | | | | Digital File: Cemetery of Arlington Park Cemetery |
| C-15 | | | | Digital File: Childcare Center map |
| C-16 | | | | Digital File: Childcare center map close-up |
| C-17 | | | | Photo of Christ the King Childcare Center |
| C-18 | | | | Photo of Virgin Mary |
| C-19 | | | | Photo of Dedication plaque for statue of Virgin Mary |
| C-20 | | | | Digital File: Sharia-controlled Zone |
| C-21 | | | | Digital File: Legality of presidential assignation with photo of Awlaki |
| C-22 | | | | Digital File: Anwar al-Awlaki |
| C-23 | | | | Digital File: Mujahedeen |
| C-24 | | | | Digital File: Hassan |
| C-25 | | | | Digital File: Youth fighters |
| C-26 | | | | Digital File: Black Banners |
| C-27 | | | | Digital File: Call of jihad |
| C-28 | | | | Digital File: One Day, One Flag |
| C-29 | | | | Digital File: I am a Sniper |
| C-30 | | | | Digital File: The Domino Effect |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| C-31 | | | | Digital File: ISIS |
| C-32 | | | | Digital File: I belong to AL-Qaeda and proud |
| C-33 | | | | FBI Laboratory Report |
| C-34 | | | | Photo of overview of luggage contents |
| C-35 | | | | Photo of close view of Quick Steel |
| C-36 | | | | Digital File: Map of Yemen |
| C-37 | | | | Digital File: Map of Yemen showing Ansar Al Sharia presence |
| C-38 | | | | Digital File: Map of Yemen with highlighted entry points |
| C-39 | | | | Digital File: Book of jihad |
| C-40 | | | | Bell's handwritten journal |
| C-41 | | | | Transcript of Bell's handwritten journal |
| C-42 | | | | Expert Witness Comparison Chart |