**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

UNITED STATES OF AMERICA                    CASE NO.  3:13-cr-141-J-32JRK
v.
SHELTON THOMAS BELL

<u>Counsel for Government</u>:                      <u>Counsel for Defendant</u>:
Mac D. Heavener, III                         Lisa Call
Kevin C. Frein
Mara Kohn

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz            Court Reporter: Shannon Bishop

---

**CLERK'S MINUTES**

**PROCEEDINGS:**   Sentencing

**Government Witness:**   William James Berry, Jr., David Schiavone, William Braniff

**Government Witness:**   A1, A2, A3, A4, A5, A6, A7, A8, A9, A10, A11, A12, A13, A14, A15, A16, A17, A18, A19, A20, A21, A22, A23, A24, A25, A26, A27, A28, A29, A30, A31, A32, A33, A34, A35, B1, B2, B3, B4, B5, B6, B7, B8, C20, C21, C22, C23, C24, C25, C26, C27, C28, C29, C30, C31, C32, C39, C5, C6, C7, C8, C9, C10, C11, C12, C13, C14, C15, C16, C17, C18, C19, C36, C37, C38, C33 conditionally received, C34, C35, C43, C1, C2, C3, C4, C40

DATE: October 23, 2014                      TIMES: 9:35 a.m. - 5:01 p.m.
                                            (Recess 12:30 p.m. - 1:32 p.m.)