**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  3:13-cr-141-J-32JRK |
| v. | |
| SHELTON THOMAS BELL | |

Counsel for Government:
Mac D. Heavener, III
Kevin C. Frein
Mara Kohn

Counsel for Defendant:
Lisa Call

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles          Court Reporter: Shannon Bishop
U.S. Probation: Irish Anderson

**CLERK'S MINUTES**

**PROCEEDINGS:**    Sentencing

**Government Witnesses:** William Braniff, Nassim Mana

**Government Exhibits:** C42, C33 (previously conditionally admitted), C41

**Defendant Witness:** Robyn Cohen

The parties presented their arguments, and the Court heard from Defendant.

Pronouncement of sentence set for **Friday, January 9, 2015, at 10:00 a.m.**

DATE: October 24, 2014          TIMES: 9:02 a.m. - 3:45 p.m.
                                (Recess: 12:43 p.m. - 1:45 p.m.)