UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SHELTON THOMAS BELL | CASE NO. 3:13-cr-141-J-32JRK |
| **Counsel for Government:**<br>Mac D. Heavener, III<br>Mara Kohn | **Counsel for Defendant:**<br>Lisa Call |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Courtroom Deputy: Marielena Diaz | Court Reporter: Shannon Bishop |

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

\_\_\_\_ United States' witnesses: _____
\_\_\_\_ Defendant's witnesses: _____
\_\_\_\_ United States' exhibits filed in evidence:_____
\_\_\_\_ Court's exhibits: _____
\_\_\_\_ Defendant's exhibits filed in evidence: _____
\_X\_ Plea previously accepted.
\_X\_ Defendant adjudged guilty on Counts **One and Two (1 & 2) of the Indictment**
\_X\_ Imprisonment: **ONE HUNDRED EIGHTY (180) MONTHS as to Count One (1) of the Indictment and SIXTY (60) MONTHS as to Count Two (2) of the Indictment, such terms to run consecutively, FOR A TOTAL TERM OF TWO HUNDRED FORTY (240) MONTHS. The Court recommends to the state court that this federal term run concurrently with any term of imprisonment imposed in Case No. 13-CF-1124, Circuit Court of the Fourth Judicial Circuit, Duval County, Florida.**
\_X\_ Court recommends confinement: **FCI Jesup or FCI Coleman**
\_\_\_\_ Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e).
\_X\_ Court recommends to the BOP that defendant receive mental health treatment, or other appropriate counseling regarding terrorism.
\_X\_ Defendant participate in any available educational and vocational programs, including college and masters level programming.
\_X\_ Supervised Release: **LIFE as to both Counts One and Two (1 & 2) of the Indictment to run concurrently. However, after ten (10) years of supervised release, the Probation Office should review defendant's progress on supervised release to determine if it is still necessary. Thereafter, a review of the need to continue supervised release should be conducted at least every five (5) years.**
\_\_\_\_ Probation:
\_X\_ Special Assessment: **$200.00** to be paid immediately.
\_X\_ Restitution **$17,000.00 (to be paid with $50.00 monthly installments, the first payment being due sixty (60) days from the date of release from custody)**
\_X\_ Special conditions of supervised release/probation: _____
  \_X\_ Defendant shall provide the Probation Officer access to any requested financial information.
  \_X\_ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer.
  \_X\_ Defendant shall participate as directed in a program of mental health treatment (or other appropriate counseling).

| | |
|---|---|
| _____ | Defendant shall participate in a program for substance abuse treatment. |
| __X__ | The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation. |
| __X__ | The defendant is prohibited from having contact with the juvenile co-defendant or other individuals who were involved in the activities in this case. The names of the individuals are those found in the juvenile co-defendant's judgment. |
| __X__ | The defendant shall submit to monitoring of his computer system, Internet capable devices, and/or similar electronic devices he has access to, and allow the installation of monitoring software/hardware on said devices. The defendant will make no attempts to circumvent the monitoring software/hardware. The defendant shall inform all parties that access a monitored computer, or similar electronic device, that the device is subject to search and monitoring. The defendant may be limited to use of only one Internet capable device, to facilitate the United States Probation Office's ability to effectively monitor his internet related activities. The defendant shall also permit random examinations of said computer systems, Internet capable devices, and similar electronic devices, and related computer peripherals, such as removable storage, to ensure compliance with this condition. |
| _____ | Defendant shall participate in the Home Detention program for a period of _____ months. |
| _____ | Defendant shall perform _____ hours of community service as directed by the Probation Officer. |
| _____ | If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally. |
| _____ | Mandatory drug testing suspended. Defendant poses a low risk. |
| __X__ | Defendant shall cooperate in the collection of DNA as directed by the probation officer. |
| _____ | The original Indictment is dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement. |
| __X__ | Defendant is remanded to the custody of the U.S. Marshal. |
| _____ | Defendant shall surrender to the designated institution as notified by the U.S. Marshal. |
| __X__ | Defendant advised of right to appeal and to counsel on appeal. |
| _____ | Other: |

DATE: January 14, 2015                    TIMES: 2:16 p.m. - 3:27 p.m.