FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

2015 MAR 23  P 3: 20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

SHELTON T. BELL,
Petitioner,

versus

Case No. 3:13-CR-141-J-32JRK

UNITED STATES OF AMERICA,
Respondent.

NOTICE OF CHANGE OF ADDRESS

Shelton T. Bell files this pro se Notice of Change of Address, and states that the below address should be his new address of record, effective immediately:

    Shelton T. Bell
    Reg. No. 59032-018
    FCI Marianna
    Inmate Legal Mail
    PO Box 7007
    Marianna, FL 32447-7007

3-12-15
Date

Shelton T. Bell
Reg. No. 59032-018
FCI Marianna
Inmate Legal Mail
PO Box 7007
Marianna, FL 32447-7007